[No. 33291-4-II.   Division Two.   July 5, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM DAVID SAVAGE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-1-00141-4, Christine A. Pomeroy, J., entered May 19, 2005. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, A.C.J., and Armstrong, J.

[No. 33329-5-II.   Division Two.   July 5, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. TED JAMES KIESTLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-05344-1, Stephanie A. Arend, J., entered May 27, 2005. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Penoyar, JJ.

[No. 33783-5-II.   Division Two.   July 5, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL LEE DUCHESNEAU, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-00530-1, Robert A. Lewis, J., entered September 7, 2005. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Hunt, JJ.

[No. 33830-1-II.   Division Two.   July 5, 2006.]

STEFFANIE CHAU, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-2-00708-4, Chris Wickham, J., entered September 22, 2005. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater and Penoyar, JJ.